UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA       :

       - v. -              :

RASHIEN JACKSON,               :

       Defendant.          :

- - - - - - - - - - - - - - - - x

**ORDER**

S1 21 Cr. 280 (AKH)

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 7, 2023;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
          February 14, 2023

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE