LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

VIA ECF

May 1, 2023

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York   10007

Sentencing is adjourned to June 28, 2023 at 11:00 a.m.

SO ORDERED.
/s/ Alvin Hellerstein
U.S.D.J.
May 1, 2023

Re:   United States v. Rashien Jackson
       21 Cr. 280 (AKH)

Dear Judge Hellerstein:

I am the attorney for Rashien Jackson, who is scheduled for sentencing on May 11, 2023. I respectfully request that sentencing be adjourned to May 25 or June 1, 2023, because we have not yet received the first draft of the Pre-Sentence Report. The Government does not object to this request.

This is Mr. Jackson's first request for an adjournment of sentence.

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc:  Alexandra Rothman, Esq., AUSA