LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

VIA ECF

June 22, 2023

The Honorable Alvin K. Hellerstein  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, New York   10007

Sentencing is adjourned to July 31, 2023, at 11:00 a.m.

SO ORDERED.

/s/ Alvin Hellerstein  
June 23, 2023

      Re:   United States v. Rashien Jackson  
             21 Cr. 280 (AKH)

Dear Judge Hellerstein:

      I am the attorney for Rashien Jackson, who is scheduled for sentencing on June 28, 2023. I respectfully request that sentencing be adjourned thirty days to a date in late July 2023. The Government consents to this request.

      Reduced to essentials, the defense requires additional time to prepare and file its sentencing submission. We did not receive the first draft of the PSR in this matter until June 1, 2023, and thereafter required time to share and review it with the client. After doing so, I drafted and then reviewed with my client earlier this week a proposed sentencing submission, but revisions are necessary, as are discussions with the Government on certain legal and factual issues relating to sentencing.

      I ask for thirty days, as opposed to a shorter adjournment because I will be out of the country on vacation from July 1 through July 12, 2023.

      This is Mr. Jackson's second and final request for an adjournment of sentence.

                                                           Respectfully submitted,

                                                          Scott B. Tulman

SBT:ss  
cc:  Alexandra Rothman, Esq., AUSA