UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                         :
                                                 :
                                                 :     **ORDER**
                -against-                        :
                                                 :     21 Cr. 280 (AKH)
                                                 :
                                                 :
RASHIEN JACKSON,                                 :
                                                 :
                                    Defendant.   :
                                                 :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned case is adjourned from July 31 to August 2, 2023, at 10:00 a.m..

      SO ORDERED.

Dated:    July 27, 2023                  ____/s/ Alvin Hellerstein____
             New York, New York        ALVIN K. HELLERSTEIN
                                           United States District Judge