UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
 UNITED STATES OF AMERICA                                    :
                                                             :
                                                             :   ORDER
                    -against-                                :
                                                             :   21 Cr. 280 (AKH)
                                                             :
                                                             :
 RASHIEN JACKSON,                                            :
                                                             :
                                       Defendant.            :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned case is adjourned from August 2, 2023 to September 13, 2023, at 2:30 p.m..

      SO ORDERED.

Dated:    July 31, 2023                      ____/s/ Alvin Hellerstein____
             New York, New York         ALVIN K. HELLERSTEIN
                                               United States District Judge